**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZHIZHI XU, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REUTERS NEWS & MEDIA INC.,<br><br>Defendant. | Case No. 1:24-CV-02466-PAE<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, dated May 24, 2024, and all other pleadings and papers filed and served in this action, Defendant Reuters News & Media Inc. ("Reuters"), by its undersigned counsel, will move this Court on a date and at a time designated by the Court, before the Honorable Paul A. Engelmayer, United States District Judge, Southern District of New York, at the Thurgood Marshall United States Courthouse, Courtroom 1305, 40 Foley Square, Room 2201, New York, New York 10007, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and Rule 12(b)(6), dismissing with prejudice the Class Action Complaint, dated April 1, 2024, filed by Plaintiff Zhizhi Xu, and granting Reuters such other and further relief as the Court may deem just and proper.

Dated: May 24, 2024
New York, New York

Respectfully submitted,

**HOGAN LOVELLS US LLP**

By: */s/ Jasmeet K. Ahuja*

Jasmeet K. Ahuja
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3667
jasmeet.ahuja@hoganlovells.com

*Counsel for Reuters News & Media Inc.*

**CERTIFICATE OF SERVICE**

I, Jasmeet K. Ahuja, hereby certify that on May 24, 2024, a true and correct copy of the foregoing NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT was filed with the Clerk of the Court via the Court's CM/ECF system and served on all counsel of record via the Court's CM/ECF notification system.

Dated: March 24, 2024
New York, New York

**HOGAN LOVELLS US LLP**

By: *_/s/ Jasmeet K. Ahuja_*

Jasmeet K. Ahuja
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3667
jasmeet.ahuja@hoganlovells.com

*Counsel for Reuters News & Media Inc.*