# BURSOR & FISHER
### P.A.

1330 AVE. OF THE AMERICAS
32ND FLOOR
NEW YORK, NY 10019
www.bursor.com

MAX S. ROBERTS
Tel: 646.837.7408
Fax: 212.989.9163
mroberts@bursor.com

June 3, 2024

*Via ECF*

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

> **Re:** *Xu v. Reuters News & Media, Inc.*, **Case No. 1:24-cv-02466-PAE**

Dear Judge Engelmayer:

I represent Zhizhi Xu ("Plaintiff") in the above matter. Pursuant to Rule I.E of the Court's Individual Rules, I write jointly on behalf of Plaintiff and Defendant Reuters News & Media Inc. ("Defendant") to request an extension of the briefing schedule on Defendant's Motion to Dismiss set forth in the Court's June 3, 2024 Order (ECF No. 13).

Good cause exists to grant this extension. On June 3, 2024, the Court entered an Order requiring (i) Plaintiff to file an amended complaint by June 14, 2024, and (ii) if Plaintiff does not amend, for her to file her Opposition to the Motion to Dismiss by June 14, 2024, and for Defendant to file its Reply to the Motion to Dismiss by June 21, 2024. ECF No. 13. The Parties require additional time to prepare the potential amended complaint or their respective briefs. Specifically, Plaintiff's counsel has conflicts in other matters and Defendant's counsel likewise has conflicts the week of June 17, 2024. Accordingly, the Parties request an extension of the briefing schedule, as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiff's Amended Complaint or Opposition to Motion to Dismiss | June 14, 2024 | June 21, 2024 |
| Defendant's Reply in Support of Motion to Dismiss or Response to Amended Complaint | June 21, 2024 (if Plaintiff files an Opposition)<br><br>July 8, 2024 (if Plaintiff files an Amended Complaint) | July 8, 2024 (if Plaintiff files an Opposition)<br><br>July 15, 2024 (if Plaintiff files an Amended Complaint) |

Defendant previously requested an extension of the deadline for it to respond to Plaintiff's Complaint, which was granted. ECF No. 7.

BURSOR&FISHER
P.A.

Respectfully submitted,

Max S. Roberts

*Attorney for Plaintiff*

CC: All Counsel of Record (via ECF)

GRANTED.  SO ORDERED.

Dated: June 4, 2024

PAUL A. ENGELMAYER
United States District Judge