BURSOR & FISHER P.A.

1330 Avenue of the Americas
32nd Floor
NEW YORK, NY 10019
www.bursor.com

Yitzchak Kopel
Tel: 646.837.7510
Fax: 212.989.9163
ykopel@bursor.com

August 1, 2024

***Via ECF***

The Honorable Paul A. Engelmayer
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

*Re:* *Xu v. Reuters News & Media, Inc.*, Case No. 1:24-cv-02466-PAE

Dear Judge Engelmayer:

I represent Zhizhi Xu ("Plaintiff") in the above matter. I write pursuant to Rule 1(A) of Your Honor's Individual Practices to bring to the Court's attention a recent decision denying a motion to dismiss in the case captioned *Dino Moody v. C2 Educational Systems Inc. et al.*, 2024 WL 3561367, at *2-3 (C.D. Cal. July 25, 2024), Ex. A. Specifically, this decision is relevant to the parties' respective arguments concerning the correct interpretation of the California Invasion of Privacy Act, Cal. Penal Code § 638.51(a).

Respectfully,

Y. Kopel

CC: All counsel of record via ECF

Yitzchak Kopel