Hogan Lovells

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

August 2, 2024

**Via ECF**

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

**Re: *Zhizhi Xu v. Reuters News & Media Inc.*, No. 1:24-cv-02466-PAE**

Dear Judge Engelmayer:

Defendant Reuters News & Media Inc. ("Reuters") respectfully submits this response to Plaintiff's Notice of Supplemental Authority (Dkt. 18). Plaintiff identifies *Dino Moody v. C2 Educ. Sys. Inc. et al*., No. 2:24-CV-04249-RGK-SK, 2024 WL 3561367, at *1 (C.D. Cal. July 25, 2024), a recent decision from the District Court for the Central District of California, as "relevant to the parties' respective arguments concerning the correct interpretation of the California Invasion of Privacy Act [("CIPA")], Cal. Penal Code § 638.51(a)."

Contrary to Plaintiff's assertion, *Dino Moody* is not relevant to this case. First, the information collected by TikTok, the third party at issue in *Dino Moody*, included "device and browser information, geographic information, referral tracking, and URL tracking," as well as each user's "name, date of birth, and address." 2024 WL 3561367, at *1. The *Dino Moody* court's analysis of CIPA's application all flows from this more expansive list of data collected. But all that Plaintiff alleges here is disclosure of his IP address. Second, the *Dino Moody* court did not resolve whether Section 638.51 applies to website software.

Respectfully submitted,

*/s/ Jasmeet K. Ahuja*

*Counsel for Reuters News & Media Inc.*

CC: All counsel of record via ECF

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Berlin Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com