Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

August 29, 2024

**Via ECF**

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

**Re: *Zhizhi Xu v. Reuters News & Media Inc.*, No. 1:24-cv-02466-PAE**

Dear Judge Engelmayer:

Defendant Reuters News & Media Inc. ("Reuters") respectfully submits this Notice of Supplemental Authority to bring the Court's attention to a recent decision of the Los Angeles County Superior Court captioned *Rodriguez v. Fountain9, Inc*., Case No. 24STCV04504, 2024 WL 3886811 (Cal. Super., July 9, 2024), attached hereto as Exhibit A.

In *Rodriquez*, the plaintiff alleged that the defendant allowed a third party to run a tracker on its website, which collected plaintiff's IP address and allowed for targeted advertisements and website analytics, and argued that doing so was a violation of CIPA's pen register provision, Cal. Pen. Code § 638.51(a). The Court disagreed, holding that, under *TransUnion LLC v. Ramirez*, 141 S.Ct. 2190, 2199 (2021), plaintiff "fail[ed] to allege a concrete injury-in-fact" because the only information "that Plaintiff alleges th[e] Defendant 'collected' was her IP address." *Rodriguez*, 2024 WL 3886811 at 4. Further, the Court noted that, as is the case here, "Plaintiff alleges Defendant's non-party software developer, *not* Defendant, packages and sells the information alleged in the [complaint] to third parties for advertising and marketing purposes." *Id.* (emphasis in original); *see also* ECF No. 1, Compl. ¶¶ 33 (alleging non-party software developer uses tracker on Reuters's website to "receive, store, and analyze" the information collected and then sell advertising space), 62 (alleging "[t]he operators of the Trackers then use the IP address . . . to serve targeted advertisements and conduct website analytics").

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jasmeet K. Ahuja*

*Counsel for Reuters News & Media Inc.*

CC: All counsel of record via ECF

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Berlin Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com