Hogan Lovells

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

January 9, 2025

**Via ECF**

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

**Re: *Zhizhi Xu v. Reuters News & Media Inc.*, No. 1:24-cv-02466-PAE**

Dear Judge Engelmayer:

Defendant Reuters News & Media Inc. ("Reuters") respectfully submits this response to Plaintiff's Notice of Supplemental Authority (Dkt. 26). Plaintiff identifies *Mirmalek v. Los Angeles Times Communications LLC*, Case No. 3:24-cv1797, ECF No. 30 (N.D. Cal. Dec. 12, 2024), a recent decision from the District Court for the Northern District of California, as "relevant to the Parties' respective arguments regarding whether Plaintiff has stated a claim for a violation of Cal. Penal Code § 638.51."

Reuters would like to draw the Court's attention to *Palacios v. Fandom, Inc.*, Case No. 24STCV11264 (Cal.Super. Sept. 24, 2024), which is attached hereto as **Exhibit A**. The *Fandom* court held that the collection of an IP address by tracking software falls outside the definition of a pen register because the tracking software at issue "does not collect the destination information of communications from Plaintiff's computer." As the court explained, "[t]he analog of the number dialed by a telephone here is the IP address and related information of a website accessed by a computer – but ***not the computer's own IP address***." *Fandom*, 24STCV11264 at 5 (emphasis added).

The *Fandom* decision is the latest in a line of **seven** California state court decisions finding the disclosure of IP addresses alone insufficient to establish a violation of CIPA § 638.51. *See Palacios v. Office Depot, LLC*, Case No. 24STCV11977 (Cal.Super. Dec. 4, 2024); *Rodriguez v. Fountain9, Inc.*, Case No. 24STCV04504, 2024 WL 4905217 (Cal.Super. Nov. 21, 2024); *Rodriguez v. Plivo Inc.*, No. 24STCV08972 (Cal.Super. Oct. 2, 2024); *Casillas v. Transitions Optical, Inc.*, Case No. 23STCV30742, 2024 WL 4873370 (Cal.Super. Sep. 9, 2024); *Rodriguez v. Fountain9, Inc.*, Case No. 24STCV04504, 2024 WL 3886811 (Cal. Super., July 9, 2024); *Licea v. Hickory Farms LLC*, No. 23STCV26148, 2024 WL 1698147 (Cal.Super. Mar. 13, 2024).

As Reuters has previously noted, "[a]bsent law from a state's highest court, a federal court sitting in diversity has to predict how the state court would resolve an ambiguity in state law." *Haar v. Nationwide Mut. Fire Ins. Co*., 918 F.3d 231, 233 (2d Cir. 2019) (quotations and citation omitted). In doing so, the court must "give 'proper regard' to the relevant rulings of a state's lower courts."

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Berlin Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com

*In re Thelen LLP*, 736 F.3d 213, 219 (2d Cir. 2013) (citation omitted). *Mirmalek* is out of step with how California state courts have ruled on these types of claims.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jasmeet K. Ahuja*

*Counsel for Reuters News & Media Inc.*

CC: All counsel of record via ECF