**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZHIZHI XU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REUTERS NEWS & MEDIA INC.,<br><br>Defendant. | Case No. 1:24-cv-02466-PAE<br><br>Hon. Paul A. Engelmayer |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Zhizhi Xu respectfully submits this Notice of Supplemental Authority regarding the pending Motion to Dismiss the Complaint. ECF Nos. 9-10, 16-17. Plaintiff brings to the Court's attention a December 12, 2024 Order by the Honorable Laura A. Seigle of the Superior Court for the County of Los Angeles in *Carreiro v. EHM Productions, Inc.*, Case No. 24STCV12462 (Cal. Super. Ct. Los Angeles Cnty. Dec. 11, 2024). The *Carreiro* Order is attached hereto as **Exhibit 1**. The *Carreiro* Order is relevant to the Parties' respective arguments regarding whether Plaintiff has suffered an injury-in-fact sufficient for Article III standing and whether Plaintiff has stated a claim for a violation of Cal. Penal Code § 638.51.

Dated: February 4, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Yitzchak Kopel*
Yitzchak Kopel

Yitzchak Kopel
Alec M. Leslie
Max S. Roberts
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019

Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
aleslie@bursor.com
mroberts@bursor.com

*Attorneys for Plaintiff*