**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ZHIZHI XU, *individually and on behalf of all others similarly situated,*

                Plaintiff,

-against-                              24 **CIVIL** 2466 (PAE)

                                                   **JUDGMENT**

REUTERS NEWS & MEDIA INC.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 13, 2025, the Court grants Reuters's Rule 12(b)(1) motion and dismisses the Complaint without prejudice, including to refiling in state court if appropriate. Accordingly, the case is closed.

**Dated:**  New York, New York

       February 13, 2025

                                                             TAMMI M. HELLWIG
                                                                Clerk of Court

                                        **BY:**

                                                             _____
                                                                **Deputy Clerk**